UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ali Safavi,<br><br>          Plaintiff,<br><br>v.<br><br>Vibram USA Inc.,<br><br>          Defendants. | **CASE NO. CV** 12-05900 BRO (JCGx)<br><br>**ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY** |

    The Court having previously stayed this action until a ruling is issued on class certification in the *Bezdek* Action or until a further order of this Court.

    IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

    IT IS FURTHER ORDERED that counsel for plaintiff shall file status reports every 90 days, commencing on September 15, 2013. All pending calendar dates are vacated by the Court.

    This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated: June 21, 2013           _____

                                    HONORABLE BEVERLY REID O'CONNELL
                                    United States District Court Judge

1.